UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AKIMA CONSTRUCTION SERVICES, LLC, <br><br> Defendant. | No. C 20–05570 WHA <br><br> **ORDER APPROVING DISMISSAL WITH PREJUDICE** |

The parties in this matter have settled the dispute and seek approval of a stipulation to dismiss the case with prejudice, with each side to bear their own fees and costs.

The dismissal with prejudice is **GRANTED**. Each side shall bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: July 12, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE